IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Elliot Thomas,** Plaintiff, vs. **City of Chicago, et al.** Defendant. | Case No. 26-CV-00813 |

NOTICE OF REMOVAL

Defendants Yesenia Medina-Reighter, Michael Piskorek, Dean Claeson, Dustin Smith, Brandon Patrick, Lucas Michaels, Triston Eiland, and the City of Chicago, by one of their attorneys, Jiyeon Huh, Assistant Corporation Counsel of the City of Chicago, respectfully request removal of the above-entitled action to this Court, pursuant to 28 U.S.C. §1441(a) and §1446 (a), based on the following grounds:

1. Defendants City of Chicago, Yesenia Medina-Reighter, Michael Piskorek, Dean Claeson, Dustin Smith, Brandon Patrick, Lucas Michaels, Benjamin Panagos and Triston Eiland were named as defendants in a civil action filed in the Circuit Court of the State of Illinois, case number 2024L010337, entitled *Elliot Thomas v. City of Chicago, et al.*

2. The Complaint was filed on September 18, 2024. However, on January 15, 2025, this case was dismissed for want of prosecution but that was later vacated on November 24, 2025.

3. Yesenia Medina-Reighter was served on October 16, 2024. Dean Claeson was served on October 9, 2024. Dustin Smith was served on December 23, 2024. Brandon Patrick was served on January 6, 2026. Lucas Michaels was served on October 10, 2024. Upon information and belief, Benjamin Panagos was never served due to his military deployment. Triston Eiland was served on

October 17, 2024. All who have been served consented to this removal.[1] See Summons and Complaint attached hereto as Exhibit A. Additionally, all orders are attached hereto as Exhibit B.

4. Although the majority of the Defendants were served in 2024, this Court can still consider removal based on Officer Patrick being later served on January 6, 2026 pursuant to 28 U.S. Code § 1446(b)(2)(C) ("If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal.").

4. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. In Counts I-VI, Plaintiff alleges Defendants violated the 1st, 2nd, 4th, and 14th Amendments of The United States Constitution by unlawfully searching and seizing Plaintiff without lawful basis, reasonable suspicion, probable cause, warrant, or any recognized exceptions or justification.

5. Based on the allegations of the complaint and for reasons set forth above, Defendants City of Chicago, Yesenia Medina-Reighter, Michael Piskorek, Dean Claeson, Dustin Smith, Brandon Patrick, Michael Lucas, and Triston Eiland are entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(a).

WHEREFORE, Defendants City of Chicago, Yesenia Medina-Reighter, Michael Piskorek, Dean Claeson, Dustin Smith, Brandon Patrick, Michael Lucas, and Triston Eiland respectfully request that the above-entitled action now pending in the Circuit Court in the State of Illinois, case number 2024L010337, be removed therefrom to this Court.

[1] Undersigned counsel was unable to get confirmation from Benjamin Panagos regarding the removal and counsel's representation of him due to Mr. Panagos current military deployment upon information and belief. However, even without Mr. Panagos consent of the approval, this matter can still be removed with the permission of the other involved parties pursuant to 28 U.S. Code § 1446(b)(2)(C).

Respectfully submitted,

/s/ *Jiyeon Huh*
Jiyeon Huh
Assistant Corporation Counsel

Jiyeon "Jenny" Huh, Assistant Corporation Counsel
Special Federal Litigation Division
City of Chicago Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6076
jenny.huh@cityofchicago.org
Attorney for Defendants